UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 12-1948-RGK (AGR) | Date | July 15, 2013 |
|---|---|---|---|
| Title | Shanell Fisher v. Riverside Mental Health Center | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **In chambers:  ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT**

On February 21, 2013, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983 in which she named two defendants, the Riverside Mental Health Center and Officer Styles. (Complaint ¶¶ 4-5.)

On February 22, 2013, the court issued an order advising Plaintiff that she must promptly proceed with service of the complaint. (Dkt. No. 9.) Plaintiff was required to file proofs of service no later than June 21, 2013 (120 days from the filing of the complaint pursuant to Fed. R. Civ. P. 4(m)).[1] (*Id.* at 1.) Plaintiff was admonished that failure to comply with the court's order would result in the issuance of an order to show cause why the complaint should not be dismissed. (*Id.*)

Accordingly, Plaintiff is ORDERED to show cause, **on or before July 29, 2013,** why the complaint should not be dismissed without prejudice for failure to serve. **If Plaintiff fails to timely respond to this order to show cause, the complaint is subject to dismissal without prejudice.**

Initials of Preparer    mp

---

[1] Rule 4(m) states: "If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."