UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANEL FISHER,<br><br>            Plaintiff,<br><br>    v.<br><br>RIVERSIDE MENTAL HEALTH CENTER, et al.,<br><br>            Defendant. | No. EDCV 12-1948-RGK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to serve and failure to prosecute.

DATED: September 20, 2013

                                         R. GARY KLAUSNER<br>                                         United States District Judge