UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHANEL FISHER, | ) | No. EDCV 12-1948-RGK (AGR) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| RIVERSIDE MENTAL HEALTH CENTER, et al., | ) ) ) | |
| Defendants, | ) ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to serve and failure to prosecute.

DATED: September 20, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE